

FILED
CLERK, U.S. DISTRICT COURT
8/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: M.B. DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | 8:18-mj-00507-DUTY |
| KEVIN JAMES, | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _August 24_____, _2020_____, at _9:00_____ ☒a.m. / ☐p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A and by VTC_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: August 17, 2020

JOHN D. EARLY
U.S. Magistrate Judge